# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2600

_____

Walter Mountain,                                    *
                                                    *
              Appellant,                            *
                                                    *
        v.                                          *    Appeal from the United States
                                                    *    District Court for the
Michael Kemna; Jean Ann Johnson;                    *    Western District of Missouri.
Todd Phillips; Steven Brown; Shawn                  *
Pettigrew; Wayne Hurley; Kimberly                   *    [UNPUBLISHED]
Little,                                             *
                                                    *
              Appellees.                            *

_____

Submitted: December 22, 2005
Filed: January 4, 2006

_____

Before MURPHY, McMILLIAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.


        Walter Mountain appeals the district court's[1] order denying his motion for a new trial following a jury verdict for defendants in this 42 U.S.C. § 1983 action. We grant Mountain's in forma pauperis motion, and, because our review of the record convinces us that the district court did not abuse its discretion in denying Mountain's

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

motion for a new trial, <u>see</u> <u>Pullman v. Land O'Lakes, Inc.</u>, 262 F.3d 759, 762 (8th Cir. 2001) (standard of review), we affirm.  <u>See</u> 8th Cir. R. 47A(a).

_____